UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MIRKO DJURDJEVICH, individually and on
behalf of others similarly situated,                              Civil Action No.: 17-CV-00261
                                                                  (AJN)

                Plaintiff,               **NOTICE OF MOTION**

   -against-

FLAT RATE MOVERS, LTD., SAM GHOLAM
ISRAEL CARMEL and JOHN DOES 1-10,

                Defendants.
----------------------------------------------------------------X

     PLEASE TAKE NOTICE, that upon the Memorandum of Law, Declaration of Christopher R. Travis, dated the 31st Day of March, 2017, and all exhibits thereto, and upon all the annexed prior pleadings and proceedings, the undersigned will Move this Court, before the Honorable Alison J. Nathan, United States District Judge, United States District Court for the Southern District of New York at 40 Foley Square, New York, New York 10007, for an Order pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Amended Complaint against Defendants Flat Rate Movers, Ltd., Sam Gholam, and Israel Carmel, for failure to state a claim, in its entirety with prejudice; and for such other and further relief as this Court may deem just and proper.

     Pursuant to Federal Rules of Civil Procedure §6 Plaintiff has fourteen (14) days to respond to this motion.

Dated: New York, New York
       May 18, 2017

                                TRAVIS LAW PLLC

                                _____/s/_____
                              By: Christopher Travis
                                  Joseph DeBlase
                              *Attorneys for Defendants*
                              80 Maiden Lane, Suite 304
                              New York, New York 10038
                              (212) 248-2120