## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Mirko Djurdjevich, et al.,

                Plaintiffs,

       -against-

Flat Rate Movers, Ltd., et al.,
                Defendants.

-------------------------------------------------------------X

17 **CIVIL** 261 (AJN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order, and Memorandum Opinion and Order, both dated November 30, 2020, Before the Court is Judge Barbara Moses's August 5, 2020 Report & Recommendation recommending that the Court dismiss without prejudice the claims of plaintiff Najdan Nikolic due to his failure to participate in discovery, even after the Court ordered him to respond to written discovery by June 10, 2020 and to appear for deposition by July 10, 2020. Dkt. No. 112 ("R & R"); As of this date, no objections to the R & R have been filed, and the deadline for objections has passed. *See* R & R at 5. Thus, the Court reviews the R & R for clear error, and it finds none. The Court therefore adopts the R & R in its entirety and GRANTS Defendant's motion to dismiss plaintiff Nikolic's claims without prejudice for the reasons provided in Judge Moses's R & R. Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          November 30, 2020

                                                     **RUBY J. KRAJICK**

                                                     _____
                                                          **Clerk of Court**

                     **BY:**

                                                          **Deputy Clerk**