USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/21

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MIRKO DJURDJEVIC

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

FLAT RATE MOVERS LTD

(List the full name(s) of the defendant(s)/respondent(s).)

17 CV 261 ( A )(JN)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on **DEC 30** but did not file a notice of appeal within the required time period because:

FILING FOR EXTENSION OFF APPEAL DUE TO CHANGES OFF COUNSEL - ATTORNEY

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: DEC 30 2020

Signature: /s/ Mirko Djurdjevic

Name (Last, First, MI): DJURDJEVIC MIRKO D

Address: 2027 EAST 23RD ST   City: BROOKLYN   State: NY   Zip Code: 11229

Telephone Number: 347 738 1140

E-mail Address (if available): Mirko Djurdjevic 13@gmail.com

Rev. 12/23/13

1/8/21

/s/ Alison J. Nathan
ALISON J. NATHAN
United States District Judge

IT IS ORDERED that Plaintiff's Notice of Appeal, Dkt. No. 116, is deemed timely filed. The Clerk of Court is respectfully directed to terminate Dkt. No. 119.
SO ORDERED.

17 CV 261 AJN

**Mirko Djurdjevic**
**2027 East 23rd Street**
**Brooklyn, NY 11229**
**(347) 738-1140**
**MirkoDjurdjevic13@gmail.com**

December 28, 2020

Re : Appeal Extension Request to US District Court Southern District of New York
Case 1:17-cv-00261-AJN-BCM Document 114 Filed 11/30/20

To Whom It May Concern :

I would like to begin the process of appealing the decision. My former attorney, Mr. Matthew Heerde, is out of the country. I have another attorney interested in the case, however, he is busy working on another case at the moment. Therefore, I respectfully respect an extension on this matter.

Thank you very much for your time and consideration in this matter.

Sincerely,

Mirko Djurdjevic

MY FIRST COUNSOLE PUT THAT BACOVIC & BALUT WORKED 2013, 14, 15, 16, 17 BUT NOT ME ADDED / SHOW IN FEDERAL COURT 2019 THAT TAXT IN FRONT OF JUDGE AND DEFENDATS AND THEER MANAGER CUJOVIC NOT TONY PABON GAVE ME PACKING MATERIAL PLUS 2019 JUDGE SENT LETER TO ME AND CONSOUL ATORNEY THAT I WAS MISS CLASIFIED THAT I AM A WORKER

17 CV 261 AJN

NOT SUBCONTRACTOR WE RECEIVE IN OCT 2019 AFTER WE WERE IN FEDERAL COURT 2019

FOR 10 YEARS I COULDN GET A DECENT JOB I OPERATED RIGHT EEY NO VISION AND WHEN YOU FILE CASE EMPLOYER EVREBODY CALLS FLAT RATE NO FEDEX, NO FRESH DIRECT NO S KONO GABAGE I MADE DRIVER LICENSE BUT NOW I AM RETIRED MY PENSION IS 632 + 100 SSI = 730 SO I CAN AFORD TO PAY DOC FEE NOW BUT IF I GET FROM GOVENMENT 600 I WILL GLADLY PAY

MY SECOND ATORNEY TOLD ME TO FILE EXTENSION FOR APPEAL AND IN JANUARY WILL TAKE CASE OVER

THANK YOU VERY MUCH

DEC 28 2020

*[signature]*

DEC 30 2020

*[signature]*



GERALDINE A. REILLY
CHAIRMAN
MICHAEL T. GREASON
RANDALL T. DOUGLAS
JUNE F. O'NEILL
MARILYN P. O'MARA
MEMBERS

STATE OF NEW YORK
**UNEMPLOYMENT INSURANCE APPEAL BOARD**
PO Box 15126
Albany NY 12212-5126
(518) 402-0205
FAX:(518) 402-6208

SUSAN BORENSTEIN
EXECUTIVE DIRECTOR
JAYSON S. MYERS
CHIEF ADMINISTRATIVE LAW JUDGE
TERESA A. DEMEO
CHRISTOPHER M. TATE
MATTHEW J. TIERNEY
PRINCIPAL ADMINISTRATIVE LAW JUDGE

### *DECISION OF THE BOARD*
### *DECISIÓN DE LA JUNTA*

Mailed and Filed: March 25, 2019

IN THE MATTER OF:

Appeal Board No. 589946

MIRKO D DJURDJEVIC
2027 EAST 23RD ST #2
BROOKLYN NY 11229-3643

CINDY KATZ
QUEENS LEGAL SERVICES
89-00 SUTPHIN BLVD  5TH FLOOR
JAMAICA NY 11435

FLAT RATE MOVERS LTD
ATTN: SHEILA RIVERA, HR
27 BRUCKNER BLVD FL 2
BRONX NY 10454-4413

TAPAS MISTRI - UI AUDITOR
NYS DOL - UI EMPLOYER SERVICES
138-60 BARCLAY AVE FL 2
FLUSHING NY 11355

A.S.O. - Appeals Section
Department of Labor Office:  831

A.L.J. Case No. 015-11860

---

**PLEASE TAKE NOTICE** that the commissioner, or any other party affected by this decision who appeared before the Appeal Board, may appeal questions of law involved in such decision to the Appellate Division of the Supreme Court, Third Department, by written notice mailed to the Unemployment Insurance Appeal Board, PO Box 15126, Albany, New York 12212-5126 within **THIRTY DAYS** from the date this decision was mailed.

**POR FAVOR TOME NOTA** que el comisionado o cualquier otra parte afectada por esta decision que haya comparecido ante la Junta de Apelaciones puede apelar aspectos legales de dicha decision a Appellate Division of the Supreme Court, Third Department, enviando un aviso escrito a Unemployment Insurance Appeal Board, PO Box 15126, Albany, New York 12212-5126 dentro de los **TREINTA DIAS** a partir de la fecha en que esta decision fue enviada por correo.

---

DOCUMENTO IMPORTANTE. PUEDE OBTENER UNA TRADUCCIÓN DEL MISMO LLAMANDO
AL 1-888-209-8124 (FUERA DEL ESTADO DE NUEVA YORK 1-877-358-5306)

COMBINED CASE CONSISTING OF APPEAL BOARD NOS. 589946, 590002, 590003 and 590004

PRESENT: MICHAEL T. GREASON, MEMBER

The Department of Labor issued the determination assessing BIG M DELIVERY CORP $10,299.08 in additional contributions due for the period July 1, 2010 through December 31, 2011, based on remuneration paid to the claimant and to the other individuals included in the audit as employees. The employer objected and requested a hearing, contending that Flat Rate Movers, Ltd. was the true employer individuals included in the audit.

The Department of Labor issued the determination holding that FLAT RATE MOVERS LTD is not the true employer of the claimant or his helpers. The claimant requested a hearing.

AB 2 (10/06)